# SMITHCURRIE

REPLY TO:

**STEPHEN M. REAMS**
ATTORNEY AT LAW
DIRECT DIAL: 404-582-8107
smreams@smithcurrie.com

August 26, 2020

## FILED WITH THE COURT

Ms. Angela E. Noble
Clerk of Court
United States District Court for the Southern District of Florida
West Palm Beach Division
Paul G. Rogers Federal Building
701 Clematis Street
West Palm Beach, Florida 33401

> Re: *Kenneth D. Bell, in his capacity as court-appointed Receiver for Rex Venture Group, LLC d/b/a ZeekRewards.com vs. **Patrick Orlando**, as a member of the Defendant Class of Net Winners in ZEEKREWARDS.COM; Todd Disner, in his individual capacity and in his capacity as trustee for Kestrel Spendthrift Trust, et al.*
> United States District Court for the Western District of North Carolina
> (Charlotte Division); Civil Action Number: 3:14-cv-91
> **Registration of Judgment from Another District Pursuant to 28 U.S.C. § 1963**

Dear Ms. Noble:

Please allow this to serve as a request for the Final Judgment obtained by Kenneth D. Bell for **$475,892.55** against **Patrick Orlando** obtained in the United States District Court for the Western District of North Carolina (Charlotte Division) to be registered in the United States District Court for the Southern District of Florida pursuant to 28 U.S.C. § 1963.

To facilitate this request, I am filing a *Clerk's Certification of a Judgment to be Registered in Another District* completed by the Clerk of the United States District Court for the Western District of North Carolina with an attached certified copy of the Final Judgment as well an *Amended Receivership Order Appointing Successor Receiver* (Matthew E. Orso) as Mr. Orso's name appears on Clerk's Certification being filed. I am also filing a completed **Civil Cover Sheet**.

If you have any questions regarding this request, please do not hesitate to call me at (404) 582-8107. I appreciate your help with this matter.

**SMITH, CURRIE & HANCOCK LLP**

Ms. Angela E. Noble, Clerk of Court
United States District Court for the Southern District of Florida
West Palm Beach Division
August 26, 2020
Page 2

---

        Sincerely,

        **SMITH, CURRIE & HANCOCK LLP**

        */s/ Stephen M. Reams*

        Stephen M. Reams