UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF FLORIDA
WEST PALM BEACH DIVISION

CASE NO.   9:20-mc-81409-RKA

KENNETH D. BELL IN HIS CAPACITY
AS COURT-APPOINTED RECEIVER FOR
REX VENTURE GROUP, LLC,

    Plaintiff,

vs.

PATRICK ORLANDO,

    Defendant,

and

PNC BANK, N.A.,

    Garnishee.                                         /

## ANSWER OF GARNISHEE AND DEMAND FOR PAYMENT PURSUANT TO FLORIDA STATUTE 77.28

COMES NOW the Garnishee, PNC BANK, N.A., by and through its undersigned attorneys, and for its answer to the Writ of Garnishment served on the Garnishee on May 14, 2021, says as follows:

1. That between the time of this Answer and the time of service of said Writ, Garnishee, PNC BANK, N.A., was not indebted to the Defendant PATRICK ORLANDO, and that it did not have any goods, money, chattels or effects of said Defendant in its hands, possession or control at any time between said period.

2. That Garnishee does not know of any other persons indebted to said Defendant or who may have the effects of said Defendant in his hands, possession or control at any time between said period.

KENNETH D. BELL IN HIS CAPACITY
AS COURT-APPOINTED RECEIVER
FOR REX VENTURE GROUP, LLC
vs.
PATRICK ORLANDO
CASE NO.   9:20-mc-81409-RKA
ANSWER OF GARNISHEE AND DEMAND FOR
PAYMENT PURSUANT TO FLORIDA STATUTE 77.28
Page 2

  3. That the Defendant, PATRICK ORLANDO, is on file with Garnishee, PNC BANK, N.A., and the last known address on record is 8833 Marlamoor Lane, West Palm Beach, Florida 33412.

  4. That Garnishee is obligated to pay its attorney a reasonable fee and requests an award of costs and a reasonable attorney's fee for expenses incurred by Garnishee in obtaining representation in and about this suit, as provided by law.

### **DEMAND FOR PAYMENT OF GARNISHEE ANSWER FEE**

  5. Garnishee, PNC BANK, N.A., demands payment, as partial payment of its attorney's fees, of $100.00 forthwith, as provided pursuant to Florida Statute Section 77.28, payable to PRUITT & PRUITT, P.A. and mailed to PRUITT & PRUITT, P.A., Suite 5, 3030 South Dixie Highway, West Palm Beach, Florida 33405-1539.

  6. That in addition to the initial $100.00 partial payment to be paid by the party applying for the Writ of Garnishment, Garnishee asks the Court to determine Garnishee's costs and expenses, including a reasonable attorney's fee, and in the event of a Judgment in favor of the Plaintiff, that the amount be subject to offset by the Garnishee against the Defendant whose property or debt is being garnished.

  WHEREFORE, Garnishee, PNC BANK, N.A., prays, having fully answered said Writ of Garnishment, that the initial partial payment of attorney's fees be issued to Garnishee's attorney forthwith and payable to PRUITT & PRUITT, P.A.

KENNETH D. BELL IN HIS CAPACITY
AS COURT-APPOINTED RECEIVER
FOR REX VENTURE GROUP, LLC
vs.
PATRICK ORLANDO
CASE NO.   9:20-mc-81409-RKA
ANSWER OF GARNISHEE AND DEMAND FOR
PAYMENT PURSUANT TO FLORIDA STATUTE 77.28
Page 3

I HEREBY CERTIFY that a true copy of the foregoing has been furnished by eservice to Alison N. Emery, Esq., EMERY LAW PLLC, alison@jaxlawyer.com and by electronic mail through the CM/ECF system to all those listed therein, this __17th__ day of May, 2021.

By  */s/ William E. Pruitt*
William E. Pruitt, Esq.
Florida Bar No. 273821
William B. Pruitt, Esq.
Florida Bar No. 127605
PRUITT & PRUITT, P.A.
Suite 5, 3030 South Dixie Highway
West Palm Beach, FL 33405
Tel. No. (561) 655-8080 x108
Fax No. (561) 655-4134
Primary e-mail:   jknight@pruittpruittlaw.com
Secondary e-mails:   wep@pruittpruittlaw.com
wb@pruittpruittlaw.com